```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ANNE ELKIND and SHARON ROSEN,
on behalf of themselves and all
others similarly situated,
                                          REFERRAL ORDER
                Plaintiffs,               14-CV-2484(JS)(AKT)

         -against-

REVLON CONSUMER PRODUCTS
CORPORATION,

                Defendant.
------------------------------------X
APPEARANCES
For Plaintiffs:     John Joseph Fitzgerald IV, Esq.
                    Thomas A. Canova, Esq.
                    Tran H. Nguyen, Esq.
                    Trevor Flynn, Esq.
                    Law Office of Jack Fitzgerald, PC
                    3636 Fourth Ave, Suite 202
                    San Diego, CA 92103

                    Ronald A. Marron, Esq.
                    Skye Resendes, Esq.
                    Law Offices of Ronald A. Marron
                    651 Arroyo Drive
                    San Diego, CA 92103

For Defendant:      Patricia Glaser, Esq.
                    Sean Riley, Esq.
                    Glaser Weil
                    10250 Constellation Blvd, 19th Fl.
                    Los Angeles, CA 90067

                    Jill Caroline Barnhart, Esq.
                    Nelson A. Boxer, Esq.
                    Petrillo Klein & Boxer LLP
                    655 Third Ave, 22nd Fl.
                    New York, NY 10017
```

SEYBERT, District Judge:

Plaintiff's motion to amend at Docket Entry 93 is REFERRED to Magistrate Judge A. Kathleen Tomlinson pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006). The parties are directed to address all future filings related to this motion to Judge Tomlinson.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:   October __6__, 2015
         Central Islip, New York