# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Sean Riley

**Direct Dial**
310.282.6265
**Direct Fax**
310.785.3565
**Email**
sriley@glaserweil.com

March 7, 2017

<u>VIA ECF</u>

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Elkind et al. v. Revlon Consumer Products Corp.</u>; 2:14-cv-02484 (JS) (AKT)

Dear Judge Tomlinson:

    This letter is being submitted on behalf of both counsel for plaintiffs Anne Elkind and Sharon Rosen and defendant Revlon Consumer Products Corporation in response to Your Honor's Order dated March 6, 2017 regarding settlement of this class action being docket number 117. In this Order, Your Honor expressed a willingness to amend the prior Report and Recommendation regarding the settlement of this class action (Docket 114) to include the purchasers of the DNA Advantage powder product in the settlement class definition upon receipt of a letter executed by all parties' counsel confirming the parties' continuous intent to include such purchasers of the powder product in the class action settlement. This letter is being submitted in prompt compliance with this request from the Court.

    Accordingly, by submission of this letter, counsel for both plaintiffs and defendant hereby confirm that as set forth in the motion for preliminary approval (Docket 109-1 at 13, Note 5), it is and has consistently has been the parties' intent to include purchasers of the DNA Advantage powder product in the class action settlement submitted to this Court for preliminary approval. Accordingly, the parties respectfully request that Your Honor amend the settlement class definition in the Report and Recommendation to include consumers who purchased the powder product within the settlement class.

Hon. A. Kathleen Tomlinson
March 7, 2017
Page 2

We thank you in advance for Your Honor's consideration of this matter.

Respectfully,

_____
By: Thomas A. Canova
**The Law Office of Jack Fitzgerald, PC**

*Attorneys for Plaintiffs Anne Elkind and Sharon Rosen*

_____
By: Sean Riley
**Glaser Weil Fink Howard Avchen & Shapiro LLP**

*Attorneys for Defendant Revlon Consumer Products Corporation*

1312340.1