# The Law Office of Jack Fitzgerald, PC

Hillcrest Professional Building | 3636 Fourth Avenue, Suite 202 | San Diego, California 92103
Phone: (619) 692-3840 | Fax: (619) 362-9555

www.jackfitzgeraldlaw.com

---

April 6, 2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 07 2017 ★

LONG ISLAND OFFICE

Hon. A. Kathleen Tomlinson
U.S. Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Elkind et al. v. Revlon Consumer Prods. Corp.*, No. 14-cv-2484 (JS) (AKT)
   Joint Proposed Dates for Final Fairness Hearing

Dear Judge Tomlinson:

We represent plaintiffs and the certified class. Defendant Revlon, through its counsel (copied by ECF), join in this letter.

The notice plan in the Joint Motion for Preliminary Approval (Dkt. No. 109-1 at p. 33) was approved by the Court (Dkt. No. 120), with events scheduled based on the eventual Fairness Hearing date. Now that your Honor has scheduled the Final Approval Hearing for August 1, the following proposed schedule sets forth dates for the remaining events leading up to the hearing based on the Court's prior order approving the notice plan. The parties now jointly seek an order from your Honor so ordering the following schedule:

| Event | Date |
| --- | --- |
| Notice Period Ends | May 5 |
| Claims Period Ends | June 5 |
| Deadline to File Final Approval & Fee Motions | July 7 |
| Opt-Out & Objection Deadline | July 18 |
| Responses to Objections | July 25 |
| Final Approval Hearing | August 1 |

Respectfully,

Thomas A. Canova

SO ORDERED
/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: April 7, 2017
Central Islip, N.Y.

cc:   Counsel of Record, via ECF

---

Thomas A. Canova | tom@jackfitzgeraldlaw.com
Member of the New York bar, not admitted in California