IN THE UNITED STATES COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE ELKIND and SHARON ROSEN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>                v.<br><br>REVLON CONSUMER PRODUCTS CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-02484-JS-AKT<br><br>Magistrate Judge: Hon. A. Kathleen Tomlinson |

**NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiffs Anne Elkind and Sharon Rosen hereby move for final approval of the class action settlement. See Dkt. No. 107. The Motion is based on this Notice, Federal Rule of Civil Procedure 23, the Memorandum of Points and Authorities filed herewith, the Declarations of Ronald A. Marron and Jack Fitzgerald and all Exhibits thereto, the records on file in this action, and oral argument at the hearing, if any is requested by the Court.

Respectfully submitted,

Dated: July 7, 2017

/s/ *Jack Fitzgerald*
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 4294401)
*jack@jackfitzgeraldlaw.com*
THOMAS A. CANOVA (SBN 2108119)
*tom@jackfitzgeraldlaw.com*
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

/s/ *Ronald A. Marron*
**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (pro hac vice)
*ron@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for the Class*