**EXHIBIT 2**



REVLON DNA ADVANTAGE SETTLEMENT
PROJECT SUMMARY
CASE ACTIVITY THROUGH JUNE 22, 2017

|  |  | Count |
|---|---|---:|
| **NOTICE** |  |  |
| Notice Request Mailed |  | 10 |
|  |  |  |
| **WEB NOTICE** |  |  |
| Display Impressions | End Date 05/05/2017 | 2,510,329 |
| Search Ad Impressions | End Date 05/05/2017 | 3,724 |
| Social Media Impressions | End Date 05/05/2017 | 8,511,706 |
| **Total Web Notice Impressions** |  | **11,025,759** |
|  |  |  |
| **COMMUNICATIONS** |  |  |
| Calls to Helpline |  | 59 |
| Callbacks Completed |  | 0 |
| Correspondence Received |  | 4 |
| Correspondence Sent |  | 0 |
| Unique Website Visits |  | 74,826 |
| Emails Received |  | 2,153 |
| Emails Sent |  | 54 |
| Opt-Outs Received |  | 0 |
| Objections Received |  | 0 |
| Cure Emails Sent |  | 10 |
|  |  |  |
| **CLAIM FILING** |  |  |
| Online |  | 55,375 |
| Paper |  | 305 |
| **Total Claims Filed** |  | **55,680** |

**CLAIM SUMMARY**

|  | Number of Claims | Number of Units | Amount (@$3) |
|---|---:|---:|---:|
| Quantity Claiming 3 Units or Less | 48,565 | 139,502 | 418,506 |
| Quantity Claiming 4 units or More with Proof of Purchase - **Valid** | 31 | 796 | 2,388 |
| Quantity Claiming 4 units or More with Proof of Purchase  **Insufficient Documentation - Cure Email Sent** | 10 | 224 | 672 |
| Quantity Claiming 4 units or More with Proof of Purchase - **Invalid** | 62 | 74,446 | 0 |
| Quantity Claiming 4 units or More without Proof of Purchase  **Proof of Purchase Not Received - Calculated at 3 Units per Claim** | 5,783 | 17,349 | 52,047 |
| Invalid | 1,213 | 4,040 | 0 |
| Untimely | 16 | 89 | 0 |
| Total Included in Analysis | 55,680 | 236,446 | 473,613 |

Authorized Claimants shall receive $3 per claim (i.e., for each unit purchased), up to a total of 3 units without proof of purchase, and with no limitation on units with proof of purchase.  Proof of purchase may be demonstrated either in the form of receipt or product packaging.