**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE:     A. KATHLEEN TOMLINSON          DATE:   8-1-2017
            U.S. MAGISTRATE JUDGE           TIME:   10:19 a.m. (51 minutes)

*Elkind et al. v. Revlon Consumer Products Corporation*
**CV 14-2484 (JS) (AKT)**

TYPE OF CONFERENCE:          **FAIRNESS HEARING**

APPEARANCES:     Plaintiff     Thomas A Canova
                               Ronald Marron

                 Defendant     Sean Riley
                               Alexandra Gerber

FTR:    10:19-11:10

**THE FOLLOWING RULINGS WERE MADE:**

The Court conducted the Fairness Hearing today in this false advertising and unfair competition class action. The Court had reviewed and considered the extensive submissions by counsel in support of the motion for final approval of the class action settlement. Counsel proceeded to put on the record the response to class notice as well as the contents of the affidavit of the Claims Administrator. In excess of 55,000 individuals filed claims. Counsel explained in detail the elements of the settlement and the application of the *Grinnell* factors to the settlement itself. The Court noted that there were no objectors in the courtroom. Counsel confirmed that no objections had been filed and that there was a single opt-out form mailed back.

For the reasons stated in the record of today's proceedings, the Court found the settlement to be fair and reasonable and in the best interests of the class. Therefore, the settlement is approved, including the injunctive relief sought and the attorneys fees requested, representing 30% of the settlement fund, for the reasons set forth in the record today. Counsel are free to obtain the full record by making arrangements to do so with Courtroom Deputy Mary Ryan at 631-712-5765. The substantive Order finally approving the settlement will be entered separately. Counsel have been directed to submit a proposed Order expeditiously.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge